# UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:    GARY C. VAZQUEZ

           Debtor(s)

                                        CHAPTER 13

CHARLES J. DEHART, III
CHAPTER 13 TRUSTEE
           Movant                      CASE NO: 5-20-00137-RNO

## TRUSTEE'S MOTION TO DISMISS CASE

AND NOW, on January 31, 2020, Charles DeHart, III, Standing Chapter 13 Trustee for the Middle District of Pennsylvania, moves this Honorable Court for dismissal of the above-captioned Chapter 13 bankruptcy case for the following reason(s):

    1)    A Petition under Chapter 13 was filed on January 15, 2020.

    2)    The Debtor has not filed the following items or a motion for extension
             of time to file same pursuant to F.R.B.P. 1007(c).

        **- Form 122C-1 CHAPTER 13 STATEMENT OF CURRENT MONTHLY INCOME**
          **AND CALCULATION OF COMMITMENT PERIOD**
        **- Form 122C-2 CHAPTER 13 CALCULATION OF YOUR DISPOSABLE INCOME**
        **- CHAPTER 13 PLAN**

    3)    If upon receipt of this Motion and the Notice, Debtors file the missing documents on or before the
             response date specified on said notice, the Motion shall be deemed withdrawn and moot.

WHEREFORE, your Trustee prays that this Honorable Court enter an Order dismissing the above-captioned case.

                                    Respectfully submitted,
                                    s/ Charles J. DeHart, III
                                    Standing Chapter 13 Trustee
                                    8125 Adams Drive, Suite A
                                    Hummelstown, PA  17036
                                    (717) 566-6097

**UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

IN RE:    GARY C. VAZQUEZ                    CHAPTER 13

                                            CASE NO: 5-20-00137-RNO

<u>**NOTICE**</u>

The debtor(s) filed a Chapter13 Bankruptcy Petition on January 15, 2020.

The Standing Chapter 13 Trustee, Charles J. DeHart, III, has filed a Motion to Dismiss for failure to file the indicated document(s) below:

> **- Form 122C-1 CHAPTER 13 STATEMENT OF CURRENT MONTHLY INCOME**
> **   AND CALCULATION OF COMMITMENT PERIOD**
> **- Form 122C-2 CHAPTER 13 CALCULATION OF YOUR DISPOSABLE INCOME**
> **- CHAPTER 13 PLAN**

A hearing with the Court has been scheduled for:

|  |  |
|---|---|
| **Date:** | **March 4, 2020** |
| **Time:** | **09:30 AM** |
| **Location:** | **U.S. Bankruptcy Court** |
|  | **Max Rosenn U.S. Courthouse** |
|  | **Courtroom #2** |
|  | **197 S. Main Street** |
|  | **Wilkes Barre, PA** |

Any objection/response to the Trustee's Motion to Dismiss must be filed and served on or before:
**February 14, 2020**.  If Debtor(s) file the missing documents on or before the stated response date, the Motion shall be deemed withdrawn and moot.

Additionally, if you file and serve an objection/response within the time period, a hearing will be held on the above date.  If you do not file an objection within the time permitted the Court will deem the motion unopposed and proceed to consider the Motion without further notice or hearing, and may grant the relief requested.

Respectfully submitted,
s/ <u>Charles J. DeHart, III</u>
Standing Chapter 13 Trustee
8125 Adams Drive, Suite A
Hummelstown, PA  17036

Dated:  January 31, 2020

**UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

IN RE:    GARY C. VAZQUEZ

                      Debtor(s)

CHAPTER 13

CASE NO: 5-20-00137-RNO

## CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on January 31, 2020, I served a copy of this Motion to Dismiss, Notice and Proposed Order on the following parties by 1st Class mail, unless served electronically.

VERN S. LAZAROFF, ESQUIRE           Served electronically
143 PIKE STREET
P.O. BOX 1108
PORT JERVIS, NY  12771-

United States Trustee                  Served electronically
228 Walnut Street
Suite 1190
Harrisburg, PA  17101

GARY C. VAZQUEZ               Served by 1ST class mail
105 FAWN LAKE DRIVE
HAWLEY, PA  18428

I certify under penalty of perjury that the foregoing is true and correct.

Date:  January 31, 2020               Vickie Williams
                                     for Charles J. DeHart, III, Trustee
                                     Suite A, 8125 Adams Dr.
                                     Hummelstown, PA  17036
                                     Phone:  (717) 566-6097
                                     Fax:  (717) 566-8313
                                     eMail: dehartstaff@pamd13trustee.com

**UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

IN RE:   GARY C. VAZQUEZ

                    Debtor(s)                              CHAPTER 13

          CHARLES J. DEHART, III
          CHAPTER 13 TRUSTEE
                    Movant                                CASE NO: 5-20-00137-RNO

          vs.

          GARY C. VAZQUEZ                              MOTION TO DISMISS

                    Respondent(s)


## ORDER DISMISSING CASE


    Upon consideration of the Trustee's Motion to Dismiss, it is hereby ORDERED that the above-captioned bankruptcy be and hereby is DISMISSED.