```
                              United States Bankruptcy Court
                              Middle District of Pennsylvania
```

In re:                                                              Case No. 20-00137-RNO
Gary C. Vazquez                                                     Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5          User: AutoDocke          Page 1 of 1          Date Rcvd: Feb 13, 2020
                              Form ID: ntnew341        Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 15, 2020.
db              +Gary C. Vazquez,    105 Fawn Lake Drive,    Hawley, PA 18428-4021
5290865         +KML Law Group, P.C.,    701 Market Street, Ste. 5000,    Philadelphia, PA 19106-1541
5290866          PNC Mortgage,    PO Box 8703,    Dayton, OH 45401-8703

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 15, 2020                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 13, 2020 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              James   Warmbrodt    on behalf of Creditor    PNC BANK NATIONAL   ASSOCIATION bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
              Vern S. Lazaroff    on behalf of Debtor 1 Gary C. Vazquez pabankruptcy@vernlazaroff.com,
               r39899@notify.bestcase.com
                                                                                             TOTAL: 4

| UNITED STATES BANKRUPTCY COURT | |
|---|---|
| MIDDLE DISTRICT OF PENNSYLVANIA | |
| In re: | |
| Gary C. Vazquez, | Chapter 13 |
| **Debtor 1** | Case No. 5:20–bk–00137–RNO |

## Notice

**Notice is hereby given that:**

The previously scheduled 341 meeting of creditors has been rescheduled to:

| | |
|---|---|
| Best Western Genetti's, 77 East Market Street, Wilkes–Barre, PA 18701 | Date: March 9, 2020<br>Time: 12:00 PM |

| **Address of the Bankruptcy Clerk's Office:**<br>Max Rosenn U.S. Courthouse<br>197 South Main Street<br>Wilkes–Barre, PA 18701<br>(570) 831–2500 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: PamelaRadginski, Deputy Clerk |
|---|---|
| Hours Open: Monday – Friday 9:00 AM – 4:00 PM | Date: February 13, 2020 |

ntnew341 (04/18)