In re:                                                          Case No. 20-00137-RNO
Gary C. Vazquez                                                 Chapter 13
      Debtor

## CERTIFICATE OF NOTICE

District/off: 0314-5          User: AutoDocke        Page 1 of 1         Date Rcvd: Feb 19, 2020
                      Form ID: ordsmiss        Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 21, 2020.
db            +Gary C. Vazquez,  105 Fawn Lake Drive,  Hawley, PA 18428-4021
5290865      +KML Law Group, P.C.,  701 Market Street, Ste. 5000,  Philadelphia, PA 19106-1541
5290866       PNC Mortgage,  PO Box 8703,  Dayton, OH 45401-8703

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                               TOTAL: 0

      ***** BYPASSED RECIPIENTS *****
NONE.                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 21, 2020                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 19, 2020 at the address(es) listed below:
      Charles J DeHart, III (Trustee)  TWecf@pamdl3trustee.com
      James Warmbrodt  on behalf of Creditor  PNC BANK NATIONAL  ASSOCIATION bkgroup@kmllawgroup.com
      United States Trustee  ustpregion03.ha.ecf@usdoj.gov
      Vern S. Lazaroff  on behalf of Debtor 1 Gary C. Vazquez pabankruptcy@vernlazaroff.com,
      r39899@notify.bestcase.com
                                            TOTAL: 4

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Gary C. Vazquez,

    **Debtor 1**

Chapter       13

Case No.     5:20–bk–00137–RNO

### Order

Upon consideration of the Motion to dismiss the case, and having afforded notice and an opportunity for hearing,

**ORDERED** that the case is hereby dismissed as to Debtor 1.

**Notwithstanding the dismissal of this case, the court retains jurisdiction over timely requests for payment of compensation.**

Dated:  February 19, 2020

By the Court,

Honorable Robert N. Opel, II
United States Bankruptcy Judge
By: PamelaRadginski, Deputy Clerk

ordsmiss (05/18)